ALBANY,
Oct. 1825.

BENEDICT *against* RIPLEY.

IN covenant, the plaintiff declared, assigning several breaches, to which the defendant pleaded two pleas, tendering an issue to the country, which were not demurred to. Nearly two years after, he entered a rule to amend, and pleaded, under the rule, four additional pleas.

*W. L. F. Warren*, for the plaintiff, moved to set aside the rule, and the pleas under it, as irregular. He cited 8 Reg. Gen. April term, 1796 ; under which, he said, the defendant could not amend his plea of course, at any time, unless it be demurred to. That a plea could not be added, he cited 18 John. Rep. 310 ; Dunl. Pr. 695, 292.

*P. H. M'Omber*, contra.

*Curia.* Clearly the defendant could not amend his plea at any time. The 8 Reg. Gen. of April term, 1796, is the only authority for amending of course. Under this rule you cannot amend a plea unless it be demurred to; and then you cannot add a new plea. The motion must be granted.

Motion granted.

